Judge Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>VAN X. BENNUM,<br><br>　　　　　Defendant. | NO.　CR06-189TSZ<br><br>ORDER OF CONTINUANCE |

The Court having reviewed the stipulated motion by the United States and defendant VAN X. BENNUM to continue the trial date, and having reviewed the records and files herein, makes the following findings and enters the following order;

The Court finds that pursuant to 18 U.S.C. §3161(h)(8)(A) and §3161(h)(8)(B)(i), (ii) and (iv), the ends of justice served by continuing the trial date from August 7, 2006 to September 18, 2006, outweigh the best interests of the public and the defendant in a speedy trial.  This matter is complex due to the number of transactions and witnesses involved and it is therefore unreasonable to expect the parties to adequately prepare for trial before August 7, 2006.  Additionally, failure to grant a continuance to September 18, 2006 would deny the defendant the time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.

IT IS HEREBY ORDERED that trial in this matter is continued from August 7,

Order of Continuance/
*U.S. v Bennum*, CR06-189TSZ - 1

1  2006 to September 18, 2006 at 9:00 a.m. Defendant BENNUM shall file a waiver of
2  speedy trial not later than August 4, 2006.
3      IT IS FURTHER ORDERED that, for the purpose of computing the time
4  limitations imposed by the Speedy Trial Act U.S.C. §§3161-3164, the period of delay
5  from August 7, 2006, up to and including September 18, 2006, is excludable time
6  pursuant to 18 U.S.C. §3161(h)(8)(B)(iv).
7      DATED this 31st day of July, 2006.

*(signature)*
Thomas S. Zilly
United States District Judge

Presented by:
*s/ Jill Otake*
JILL OTAKE
Assistant United States Attorney
Washington State Bar Number 28298
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-4254
Fax: (206) 553-0755
E-Mail: jill.otake@usdoj.gov

Order of Continuance/
*U.S. v Bennum*, CR06-189TSZ - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970