JUDGE THOMAS ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> VAN X. BENNUM and <br> CHERYL B. SILVERIA, <br><br> Defendants. | NO. CR 06-189 TSZ <br><br> ORDER CONTINUING TRIAL TO <br> NOVEMBER 20, 2006 |

This matter has come before the undersigned Court by stipulation and motion of counsel, the United States through the United States Attorney for the Western District of Washington, Jill Otake, Assistant United States Attorney, and the defendants through counsel, Brian Tsuchida for Ms. Silveria and counsel Lennard Nahajski for Mr. Bennum. The Court being fully advised in the matter, now finds the following:

The trial was scheduled for September 18, 2006. The defendants Van Bennum and Cheryl Silveria are waiving their speedy trial rights until November 27, 2006, which is beyond the new trial date of November 20, 2006. The motion is made because defendant Silveria made her first appearance on August 18, 2006. Her attorney was appointed to represent her in this case on that day. If this continuance were not granted,

ORDER CONTINUING TRIAL
TO NOVEMBER 20, 2006- 1
(Bennum/Silveria, CR 06-189TSZ)

**FEDERAL PUBLIC DEFENDER**
**Westlake Center Office Tower**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**

the parties agree that Ms. Silveria would not have sufficient time to adequately prepare a defense of her case and would therefore be denied effective assistance of counsel and a fair trial.

The Court has considered the time limitations for trial and speedy trial concerns set forth in Title 18, United States Code, Section 3161.

Section 3161(h) outlines the periods of excludable time, including:

> (8)(A) Any period of delay resulting from a continuance granted by any judge on his own motion or at the request of the defendant or his counsel or at the request of the attorney for the Government, if the judge granted such continuance on the basis of his findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. No such period of delay resulting from a continuance granted by the court in accordance with this paragraph shall be excludable under this subsection unless the court sets forth, in the record of the case, either orally or in writing, its reasons for finding that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial.

In this matter, the Court finds that pursuant to 18 U.S.C. § 3161 (h)(8)(A) and § 3161 (h)(8)(B)(ii) and (iv), the ends of justice served by continuing the trial date from September 18, 2006 to November 20, 2006, outweigh the best interests of the public and defendant to a speedy trial. The Court further finds it reasonable and necessary to continue the trial date as Ms. Silveria would be denied effective assistance of counsel and a fair trial without additional time to prepare an adequate defense. Therefore, the trial date is continued from September 18, 2006, to November 20, 2006. Pretrial motions shall be filed no later than November 1, 2006.

DONE this 23rd day of August, 2006.

*Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

ORDER CONTINUING TRIAL
TO NOVEMBER 20, 2006- 2
(Bennum/Silveria, CR 06-189TSZ)

**FEDERAL PUBLIC DEFENDER**
**Westlake Center Office Tower**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

Presented by:

s/   Brian Tsuchida
WSBA # 14886
Attorney for Ms. Silveria
Federal Public Defender's Office
1601 Fifth Avenue, Suite 700
Seattle WA 98101
206/553-1100 voice
206/553-0120 facsimile
brian_tsuchida@fd.org


s/ Lennard Nahajski
WSBA No. 22138
Attorney for Van X. Bennum
318 1st Ave., #315
Seattle, WA 98104
206/621-0500 voice
206/621-1365 facsimile
len@nahajski.com

s/Jill Otake
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271

ORDER CONTINUING TRIAL
TO NOVEMBER 20, 2006- 3
(Bennum/Silveria, CR 06-189TSZ)

**FEDERAL PUBLIC DEFENDER**
**Westlake Center Office Tower**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**