THE HONORABLE THOMAS S. ZILLY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       V.<br><br>VAN BENNUM,<br><br>       Defendants. | No.  CR06-189TSZ<br><br>ORDER<br>CONTINUING TRIAL |

THIS MATTER HAVING COME on/or before the undersigned Judge, upon the application of the defendant VAN BENNUM for an order continuing trial, and the Court having considered the records and files herein.

THE COURT HAVING FOUND that counsel for Mr. Bennum and the Government agree that a continuance of the trial date is necessary, that defense counsel requires additional time to investigate the confidential informant in this case, that additional time is required by counsel for Mr. Bennum and the Government to meet and discuss a resolution of this case, that respective counsel are already entertaining plea negotiations, and that continuing the trial date on the ground that the "ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial," as permitted by 18 U.S.C. §§ 3161(h)(8)(A) (B)(ii) and (B)(iv);

IT IS HEREBY ORDERED that the trial in this matter is continued from February 12, 2007 to April 23, 2007 and that the pretrial motions deadline is extended until March 16, 2007.

*(PROPOSED)* ORDER CONTINUING TRIAL - 1

1

2       IT IS FURTHER ORDERED that the period of time from the current trial date of

February 12, 2007 to April 23, 2007 is excluded in calculating the time within which trial

3       must begin under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A).

4

DATED this 19th day of January, 2007.

5

s/ Thomas S. Zilly

6       _____

THE HONORABLE THOMAS S. ZILLY

7

Respectfully submitted,

8

Presented by:

9

Van Bennum, represented by:

10      LAW OFFICES OF JOHN HENRY BROWNE
s/ Jessica Riley

11      WSBA # 32705
2100 Exchange Building

12      Seattle, Washington 98104
Phone: 206-388-0777
Fax: 206- 88-0780

13      email: jriley@jhblawyer.com

14      JILL OTAKE
s/Jill Otake (telephonic approval)

15      Assistant United States Attorney
United States Attorney's Office

16      700 Stewart Street, Suite 5220
Seattle, WA 98101-1271

17      jill.otake@usdoj.gov

18

19

20

21

22

23

24

*(PROPOSED)* ORDER CONTINUING TRIAL - 2